UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v. -                        :        **WAIVER OF INDICTMENT**

BRENDAN REID,                      :        07 Cr.      (LTS)

            Defendant.        :        **07CRIM 682**

- - - - - - - - - - - - - - - - x

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 2, and Title 31, United States Code, Sections 5324(a)(2) and (d)(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
       July 25, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
JUL 2 5 2007

0202