JUN-19-2007 16:14       US ATTORNEY                    212 637 2620    P.02

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

    - v. -                       :    NOTICE OF INTENT TO
                                      FILE AN INFORMATION
JAMES BRENDAN REID,              :

            Defendant.          :    07 Mag. 255

- - - - - - - - - - - - - - - - x    07 CRIM 682

*JUDGE SWAIN*

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June 19, 2007

                                   MICHAEL J. GARCIA
                                   United States Attorney

                By: _____
                    Harry A. Chernoff
                    Assistant United States Attorney

                AGREED AND CONSENTED TO:

                By: _____
                    Michael G. Dowd, Esq.
                    Attorney for JAMES BRENDAN REID

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 21 2007

6/21/07 WHEEL A