USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 4 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

       - v. -                        :   **ORDER**

BRENDAN REID,                         :   07 Cr. 682 (LTS)

       Defendant.                    :

- - - - - - - - - - - - - - - - - - - x

       WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 25, 2007;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
           October 23, 2007

                                     _____
                                     LAURA TAYLOR SWAIN
                                     UNITED STATES DISTRICT JUDGE