*Law Offices of*
*Michael G. Dowd*

MICHAEL G. DOWD
TERRENCE M. RANDELL

NIALL MACGIOLLABHUI*
*ADMITTED AS SOLICITOR,
REPUBLIC OF IRELAND

NEW YORK, NEW YORK 10016-7416
TELEPHONE (212) 751-1640 FAX (212) 398-2693
EMAIL: mdnita@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 4 2007

December 3, 2007

**VIA FACSIMILE** (212) 805-0426

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [file] such certification to Chambers.

Re: **United States v. Brendan Reid**
    07 Cr. 682 (LTS)

Dear Judge Swain:

I am writing with the consent of Mr. Chernoff, the Assistant United States Attorney, who consents to my application to extend the bail conditions of the defendant Brendan Reid for the period between December 21, 2007 and January 3, 2008 to include the State of Pennsylvania for that period.

Mr. Reid wishes to take his wife and children to Pennsylvania for the holidays to ski and enjoy Christmas attractions at some resorts in the Eastern area of Pennsylvania.

Respectfully submitted,

Michael G. Dowd

/jr
cc: AUSA Harry A. Chernoff (Via Fax-(212) 637-2620)

*The request is granted. Itinerary information shall be required as directed by Pretrial Services. SO ORDERED.*

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE