*Law Offices of*
*Michael G. Dowd*

MICHAEL G. DOWD
TERRENCE M. RANDELL

NIALL MACGIOLLABHUÍ*
*ADMITTED AS SOLICITOR,
REPUBLIC OF IRELAND

112 MADISON AVENUE - THIRD FLOOR
NEW YORK, NEW YORK 10016-7416
TELEPHONE (212) 751-1640 FAX (212) 398-2693
EMAIL: mdnlta@aol.com

February 13, 2008

Honorable William H. Pauley, III
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>U.S. v. Brendan Reid</u>
07 CR 682-02 (WHP)

Dear Judge Pauley:

Enclosed please find three letters written by friends of Mr. Brendan Reid's which I would like to submit to you as a supplement to my February 11, 2008 Pre-Sentencing Memorandum.

Respectfully submitted,

Michael G. Dowd

/jr
Encs.