To whom it may concern,

My name is Majella Gallagher and I have known Brendan J Reid for the past twenty years. I am writing this letter to let you know the kind of person Brendan is.

He is truely one of the most genuine people I know and is always the first person to help anyone in need.

Over the years he has supported various charities and has helped many families in crisis. He is truly a devoted family man, who adores his wife Bernadette and their four young children. I am asking you to please be as lenient as possible in sentencing him.

I Thank you in advance for considering this letter

Yours respectfully
Majella Gallagher
(516-764-2031)

Dear Sir or Madam:

I am writing this letter on behalf of Brendan ("Bennie") James Reid. I have known Bennie since 1991. He is a wonderful person with a kind generous heart who is always willing to help out a family member, a friend, a co-worker or an acquaintance. He is well known is his community, quick to give a handshake, same hello or sit down to have a chat whether its someone he has known for years or someone he just meet for the first time. He is active in his children's school, with his church and in the community in general. He is one of those people who would give you "the shirt off their back" if it would help.

Bennie tried where possible to give as many hard working individuals a chance to work with him or with his company. It did not matter if the person was from Bennie's home County in Ireland, from New York City or from the other side of the world. If you were a hard working person and Bennie had the ability to put you to work, he would try to make it happen.

Most importantly, Bennie is also a wonderful husband to his wife, Bernie and a loving dad to his four kids, Shane, Laura, Kiera and Emma. A great day to Bennie is to spend the day at home laughing and playing with the family and to just spend as much time as possible with them. His life revolves around Bernie and the kids.

Please take these facts, the remorse Bennie has and the person that Bennie is into consideration in your sentencing. If you have any questions, please feel free to call me at 212-230-9761 (work) or 516-764-2031 (home).

Sincerely

Terence Gallagher

12/22/07

To Whom It May Concern,

Ben Reid is a very good man. He is a great father. He is always doing things with his kids, whether it's taking them to sports or just hanging around playing with them. The neighbor kids have fun with him too! He'll kick around the soccer ball with them, let them come in his yard and play with his children, or just kid around with them all. He's a good husband too, he respects his wife and helps her whenever she asks.

As a neighbor you couldn't ask for anyone better. Ben has been living next door to us for over 10 years and he's always friendly. He stops to chat with you even if he's on the run. He helps you anyway he can. You need something fixed, he'll do it, if he can't he'll give you a number of someone that can. He shovels the sidewalks and picks up the leaves too!

Ben Reid is a great guy and I wish there were a lot more people

in this world like him. He is definitely like family to me!

Sincerely,
Anne Ceyko
Steven Ceyko

Anne & Steven Ceyko
72-23 66th Road
Middle Village, N.Y. 11379
(718) 326-3634